■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDNA JOHNSON, Appellant. [755 NYS2d 267] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lipp, J.), rendered December 20, 1995, convicting her of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant did not preserve for appellate review her contention that the justification defense was not disproven beyond a reasonable doubt (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10, 19 [1995]; *People v Nery,* 243 AD2d 585 [1997]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to disprove the defense of

justification beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's contention that the Supreme Court erred in its justification charge is unpreserved for appellate review because she did not except to the charge as given (*see* CPL 470.05 [2]). In any event, the Supreme Court essentially gave the defendant the charge she requested concerning the factual issue of whether the store was her dwelling (*but see People v Hernandez,* 98 NY2d 175, 182-183 [2002]), by telling the jury that the defendant had no duty to retreat if she were in her own dwelling.

The defendant's remaining contention is without merit (*see People v Suitte,* 90 AD2d 80, 83 [1982]). Krausman, J.P., Schmidt, Crane and Rivera, JJ., concur.